UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
MANHATTAN DIVISION

| | | |
|---|---|---|
| In Re: | § | Bankruptcy Case |
| | § | |
| ALLAN ARMANDO HAYE | § | 24-11375-mew-7 |
| | § | |
| Debtor | | |

### NOTICE OF APPEARANCE AND NOTICE OF BANKRUPTCY

NOW COMES **P.C.F. Properties in TX, LLC,** Creditor and Party-in-Interest, and files its Notice of Appearance and Request for Notices of all documents filed in the above-numbered and styled case.

Please take further notice that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules and sections of the Bankruptcy Code specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed or made with regard to the above-captioned cases and proceedings therein

All future correspondence and/or pleading regarding this case should be directed to the below mentioned address:

Respectfully submitted,

BARRY AND SEWART, PLLC

_/s/ John V Burger_
John V. Burger
Texas Bar No. 03378650
SD Id. No. 13176
Barry & Sewart, PLLC
4151 S.W. Frwy Suite 680
Houston, TX 77027
Tel:    713-722-0281
Fax:   713-722-8673
Email: john@barryandsewart.com
Email: bank

BAS200099 - NOTICE OF APPEARANCE

uptcy@burgerlawfirm.com

## CERTIFCATE OF SERVICE

       I do hereby certify that a true and correct copy of the forgoing was served to all parties in interest listed below by electronic delivery as allowed by the Federal and Local Rules of Bankruptcy Procedure and the and on the attached sheet by first class United States mail, postage prepaid, on or before the August 11, 2024.

*Debtor*
**Allan Armando Haye**
500 8th Avenue FRNT 3
P.O.Box 1839
New York, NY 10018

*Trustee*
**Kenneth Silverman**
RIMON P. C.
Kenneth Silverman, Chapter 7 Trustee
100 Jericho Quadrangle, #300
Jericho, NY 11753
516-479-6310

*U.S. Trustee*
**United States Trustee**
Office of the United States Trustee - NY
Alexander Hamilton Custom House
One Bowling Green, Room 534
New York, NY 10004-1408
(212) 510-0500

     /s/ *John V. Burger*
     Johnn V. Burger