**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
One Bowling Green
New York, NY 10004–1408

---

IN RE: Allan Armando Haye    CASE NO.: 24–11375–mew

Social Security/Taxpayer ID/Employer ID/Other Nos.:    CHAPTER: 7
xxx–xx–1570

---

## NOTICE OF HEARING ON DISMISSAL

Please take notice that a hearing will be held before the Honorable Michael E. Wiles to consider dismissal of the above−captioned case for failure to pay the required filing fee. The court will conduct the hearing on this matter at:

Register at www.court−solutions.com, Dial: (646)760–4600 five mins before hrg, MEW Teleconference Line

Date:10/10/24
Time:10:00 AM

Please be advised that the above−named debtor is being summoned due to failure to pay the filing fee and if the debtor pays the fee "PRIOR" to the day of the hearing, the hearing will be cancelled. All fee payments MUST be accompanied by a copy of this notice.

Dated: September 4, 2024                    Vito Genna
                                            Clerk of the Court