# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0208−1 | User: admin | Date Created: 9/4/2024 |
| Case: 24−11375−mew | Form ID: 171 | Total: 3 |

**Recipients of Notice of Electronic Filing:**
ust     United States Trustee       USTPRegion02.NYECF@USDOJ.GOV
tr      Kenneth Silverman           longisland−filings@rimonlaw.com

                                                                            TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db      Allan Armando Haye      500 8th Avenue FRNT 3      P.O.Box 1839      New York, NY 10018

                                                                            TOTAL: 1